IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BURTON,<br>            Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC et al.,<br>            Defendants. | CIVIL ACTION<br><br>NO.  14-5059 |

### ORDER

**AND NOW**, this 13th day of April, 2015, upon consideration of Defendant Nationstar Mortgage LLC's Motion to Dismiss for Failure to State a Claim [ECF No. 8] and the Plaintiff's response in opposition thereto [ECF No. 16], the Motion having been converted into a motion for summary judgment by the Court's Order of March 23, 2015 [ECF No. 20], and for the reasons provided in the Court's Opinion of April 13, 2015 [ECF No. 21], **IT IS ORDERED** that the motion is **GRANTED**, and **JUDGMENT IS ENTERED IN FAVOR** of Defendant, Nationstar Mortgage LLC, and **AGAINST** Plaintiff, Mark Burton.

The Clerk of Court is directed to close this case.

                                                        BY THE COURT:

                                                        /S/WENDY BEETLESTONE, J.
                                                        _____
                                                        WENDY BEETLESTONE, J.